

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2019

No. 04-19-00326-CV

**IN RE THJ, ET AL., CHILDREN,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00096
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The appellant's brief originally was due to be filed on July 16, 2019. After neither the brief nor a motion for extension of time to file the brief was filed by the deadline, we ordered appellant's appointed appellate attorney to file appellant's brief by no later than August 1, 2019.

On July 30, 2019, appellant filed a motion to extend time to file the brief until August 2, 2019. Although we have advised appellant's counsel multiple times in other appeals that a motion in a civil appeal must comply with Texas Rule of Appellate Procedure 10.1(a)(5) by containing a statement that the movant conferred or made a reasonable attempt to confer with all parties about the merits of the motion, appellant's present motion does not do so. Because of the time constraints governing this appeal and in the interest of justice, appellant's motion is GRANTED. Appellant's brief is due no later than August 2, 2019. **No further requests for extension of time will be granted.**

**Appellant's counsel is further advised that future motions in this and other appeals may be denied on the basis of failure to comply with the Texas Rules of Appellate Procedure.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2019.



KEITH E. HOTTLE,
Clerk of Court